IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYREE MAURICE GOINS**                                                              PETITIONER

v.                                  NO. 4:20-cv-01101 BRW

**DEXTER PAYNE, Director of the**                                              RESPONDENT
**Arkansas Division of Correction**

ORDER

I have received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record, I approve and adopt the findings and recommendation in all respects.

The petition for writ of habeas corpus under 28 U.S.C. 2254 filed by petitioner Tyree Maurice Goins ("Goins") is DISMISSED. All requested relief is denied, and judgment will be entered for respondent Dexter Payne.

In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Goins cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 9th day of March, 2021.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE