IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TYREE MAURICE GOINS                                                                PETITIONER

v.                                    NO. 4:20-cv-01101 BRW

DEXTER PAYNE, Director of the                                                      RESPONDENT
Arkansas Division of Correction

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 9th day of March, 2021.


                                                 Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE